**FILED**

09/28/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0084

## IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| BILLY LEE HENDERSON, III,<br><br>                 Appellant / Defendant,<br><br>    -vs-<br><br>STATE OF MONTANA,<br><br>                Appellee / Plaintiff. | Cause No. DA 22-0084<br><br><br>**ORDER GRANTING EXTENSION** |

Upon Appellant / Defendant's foregoing motion and good cause appearing therefor;

IT IS HEREBY ORDERED that Appellant / Defendant is granted an extension of time for the filing of Appellant's reply brief, from the current deadline of October 3, 2022 to the date of October 11, 2022.

No further extensions will be granted.

CC:    Stevenson Law Office
        Montana Attorney General

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 28 2022